[No. 33092-6-I.    Division One.    March 24, 1997.]

JOHN MCKAY, *Appellant*, v. ROBYN RICKS,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-5-02810-8, Larry A. Jordan, J., entered July 16, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 36372-7-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. DARRYL
ANTHONY ALLEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06200-6, Deborah Fleck, J., entered March 10, 1995. *Reversed* by unpublished per curiam opinion.

[No. 36500-2-I.    Division One.    March 24, 1997.]

AUDREY J. PALMER, *Individually and as
Representative, Respondent*, v. FIBREBOARD CORP., ET
AL., *Defendants*, OWENS-ILLINOIS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-24009-2, Michael Spearman, J., entered March 24, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Agid and Becker, JJ.